# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00471-CR

**Robert Ernest Adkins Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 59788, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Robert Ernest Adkins Jr., was placed on deferred adjudication supervision after he pleaded guilty to engaging in organized criminal activity.[1]  *See* Tex. Penal Code Ann. § 71.02 (West Supp. 2007).  Nine months later, appellant returned to court and pleaded true to most of the allegations in the State's motion to adjudicate.  The court adjudged him guilty and imposed a ten-year prison sentence.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.  *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*,

---

[1] Appellant pleaded guilty using the name Mark Everett Adkins.  The State learned his true name after the deferred adjudication order was made.

573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Affirmed

Filed:   April 3, 2008

Do Not Publish

2